# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ALICIO YANES, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-36 |
| v. | * | |
| WENDY MCMANUS; WARDEN SUZANNE HASTINGS; REGIONAL DIRECTOR, SOUTHERN REGION, FEDERAL BUREAU OF PRISONS; DIRECTOR, FEDERAL BUREAU OF PRISONS; and THE UNITED STATES OF AMERICA, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 8, as set forth herein. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's claims against Defendant Wendy McManus; Defendant Regional Director, Southern Region, Federal Bureau of Prisons; and Defendant Director, Federal Bureau of Prisons.

Plaintiff's claims against Defendant Suzanne Hastings and Defendant United States of America remain pending.

**SO ORDERED**, this 11 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)