# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ALICIO YANES,

    Plaintiff,

v.

WARDEN SUZANNE HASTINGS; and THE UNITED STATES OF AMERICA,

    Defendants.

CIVIL ACTION NO.: 2:15-cv-36

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 13, 2016, Report and Recommendation, dkt. no. 27, to which Plaintiff filed no Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** the remaining portions of Plaintiff's Complaint without prejudice and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this

case. The Court **DISMISSES** all pending Motions in this case as moot.

SO ORDERED, this 17 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA